# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEORGE BRASS,                     )
                                  )
          Petitioner,             )          2:13-cv-02020-GMN-VCF
                                  )
vs.                               )          **ORDER**
                                  )
BRIAN WILLIAMS, SR., *et al.*,    )
                                  )
          Respondents.            )
_____/

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition.  Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

    Due to the defects presented, the pauper application will be denied, and the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments.  It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely.  In this regard, plaintiff at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

    **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

    **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, one copy of instructions for the same, and one copy of the papers submitted at ECF No. 1.

    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 7th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge