# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE M. BRASS,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:13-cv-02020-GMN-VCF

**ORDER**

    This action is a petition for a writ of habeas corpus filed by a Nevada state prisoner, pursuant to 28 U.S.C. § 2254. On May 1, 2014, the Court entered an order granting petitioner's motion for the appointment of counsel. (ECF No. 13). On May 2, 2014, the Federal Public Defender's Office filed a notice indicating their inability to represent petitioner in these proceedings due to a conflict of interest. CJA panel counsel Angela H. Dows has indicated her ability to represent petitioner. Therefore, Angela H. Dows is appointed to represent petitioner in these habeas corpus proceedings. Counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw. The Court now sets a schedule for further proceedings in this action.

    **IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

    **IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date of entry of this order, to **FILE AND SERVE** on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

**IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have **thirty (30)** days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **thirty (30) days** after service of the answer to file and serve a reply.

**IT FURTHER IS ORDERED** that any state court record exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.

**IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of all exhibits presented in support of the amended petition and the response to the amended petition to the **Reno** Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

**DATED** this 12th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court