# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE M. BRASS,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:13-cv-02020-GMN-VCF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada prisoner represented by counsel. Petitioner has filed an unopposed motion for an extension of time in which to file a first amended petition for a writ of habeas corpus. (ECF No. 16). Petitioner seeks a ninety-day (90) extension of time in which to file the first amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file the first amended petition (ECF No. 16) is **GRANTED.** The first amended petition shall be filed within **ninety (90) days** from the date of entry of this order.

    DATED this 30th day of June, 2014.

Gloria M. Navarro, Chief Judge
United States District Court