# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE M. BRASS,<br><br>          Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>          Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada prisoner represented by counsel. Petitioner has filed an unopposed motion for a second extension of time in which to file a first amended petition for a writ of habeas corpus. (ECF No. 18). Petitioner seeks a forty-five-day (45) extension of time in which to file the first amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file the first amended petition (ECF No. 18) is **GRANTED.** The first amended petition shall be filed within **forty-five (45) days** from the date of entry of this order.

Dated this   25   day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court