ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@premierlegalgroup.com
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Petitioner George M. Brass

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GEORGE M. BRASS, | ) |
| | ) Case No. 2:13-cv-02020-GMN-VCF |
| *Petitioner,* | ) |
| | ) |
| v. | ) UNOPPOSED MOTION FOR |
| | ) EXTENSION OF TIME TO FILE |
| BRIAN WILLIAMS, SR., *et al.* | ) AMENDED §2254 PETITION |
| | ) (Fourth Request) |
| *Respondents.* | ) |
| | ) **AND ORDER** |

Petitioner, George M. Brass, by and through his attorney of record, Angela H. Dows, Esq., respectfully requests that this Court grant Petitioner an extension of time of approximately five (5) days to file his amended §2254 petition. This Motion is based upon the attached points and authorities and all pleadings and papers on file herein.

DATED this 11th day of December, 2014.

PREMIER LEGAL GROUP

By: */s/ Angela H. Dows*
Angela H. Dows, Esq.
Appointed Counsel for
Petitioner George M. Brass

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The *pro se* §2254 petition of George M. Brass was filed with this Court on November 22, 2013. (Clerk's Record "CR" 7).

2. That the instant Motion is not being prepared or filed under any bad faith, or lack of due diligence.

3. That on May 12, 2014, instant counsel was appointed to represent Petitioner Brass in the instant proceeding, with a due date for filing an amended petition of sixty (60) days from May 12, 2014, or on or before July 11, 2014. (CR 15).

4. That instant counsel filed her first unopposed motion for extension of time on June 25, 2014, which was granted on June 30, 2014. (CR 17).

5. That instant counsel received the file from former counsel in this case on or about July 10, 2014.

6. That instant counsel filed her second unopposed motion for extension of time on September 18, 2014, for a forty-five (45) day continuance of his opening brief, which was granted on September 25, 2014. (CR 19)

7. That instant counsel filed her third unopposed motion for extension of time on November 4, 2014, for a thirty (30) day continuance of his opening brief, which was granted on November 4, 2014, adjudicating current the due date the First Amended Petition to be Friday, November 12, 2014. (CR 21).

8. That after two previously scheduled visits with Petitioner, the first of which did not occur due to a power outage at the correctional facility, and the second of which was a client's decline of the scheduled visit, instant counsel was finally able to meet her client in person on Sunday November 2, 2014.

9. That in the interim, instant counsel reviewed the file documents from former counsel and compiled the exhibits for the Amended Petition.

10. That after reviewing the file documents against the listing of filed documents with the Eighth Judicial District Court, it was discovered that several documents from the record were missing, and needed to be requested from the Eighth Judicial District Court.

11. That instant counsel inquired in October of 2014 with both trial/appellate counsel and state habeas counsel for Mr. Brass to see if they had any additional documents in their files that had not been previously disclosed. Both answered in the negative.

12. That in November of 2014, after a formal request with payment to the Eighth Judicial District Court, instant counsel received well over one thousand (1,000) pages of additional information that required review and adding to the exhibit list.

13. The additional information received substantially changed the record for review. The original number of exhibits was 66, and after the supplemental documents were received, the number is now over 100 exhibits.

14. That instant counsel has drafted the brief, formatted the exhibits, drafted the exhibit list and the client verification, and will be reviewing the information with the client during a visit in the morning of December 12, 2014.

15. That the instant deadline of December 12, 2014, the same date as the visit with the client to review and assent to the amended petition, does not allow for any errors or final formatting of the brief, or any input by the client as to any different factual argument in the brief following the visit.

16. That in an abundance of caution instant counsel requests five (5) additional days, or on or before Wednesday December 17, 2014 to be able to file the amended petition and its related exhibits and disclosures.

3

17. That on or about November 11, 2014, instant counsel contacted Respondent's counsel regarding the proposed approximately five (5) day extension, wherein said counsel thereafter responded that he did not have an objection to said extension.

18. That instant counsel has also conferred with her client, who is incarcerated, and Petitioner does not have an objection to said extension.

## CONCLUSION

That, accordingly, instant counsel respectfully requests an additional approximately five (5) days, or on or before Wednesday, December 17, 2014 by which to prepare and file a First Amended Petition pursuant to 28 U.S.C. § 2242, as well as to allow for sufficient time for the Petitioner to review and assent to the proposed petition to be filed (see Rule 2(c)(5) of Rules Governing Section 2254 Cases in the United States District Courts).

DATED this 11th day of November, 2014.

PREMIER LEGAL GROUP

By: /s/ Angela H. Dows
Angela H. Dows, Esq.
Appointed Counsel for
Petitioner George M. Brass

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 12/12/2014**

4