**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE M. BRASS, | |
|     Petitioner, | Case No. 2:13-cv-02020-GMN-VCF |
| vs. | **ORDER** |
| BRIAN WILLIAMS, SR., *et al.*, | |
|     Respondents. | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada prisoner represented by counsel.

On December 17, 2014, petitioner filed a first amended petition and exhibits. (ECF Nos. 24-41). Petitioner also filed a motion for leave to file excess pages of the first amended petition, which is 47 pages in length. (ECF No. 42). Good cause appearing, the motion to file excess pages is granted.

Petitioner also filed a motion for a stay. (ECF No. 43). Respondents have filed a motion for an extension of time, up to and including March 24, 2015, in which to file a response to petitioner's motion for a stay. (ECF No. 45). Respondents also seek an extension of time in which respond to the first amended petition, up to and including March 17, 2015. Having reviewed the motions and good cause appearing, respondents' motions for extensions granted.

**IT IS THEREFORE ORDERED** that petitioner's motion to file excess pages of the amended petition (ECF No. 42) is **GRANTED.**

**IT IS FURTHER ORDERED** that respondents' motion for an extension of time in which to file a response to the first amended petition (ECF No. 44) is **GRANTED.** The response to the first amended petition shall be filed on or before **March 17, 2015.**

**IT IS FURTHER ORDERED** that respondents' motion for an extension of time in which to file a response to petitioner's motion for stay (ECF No. 45) is **GRANTED.** The response to the motion for a stay shall be filed on or before **March 24, 2015.**

**DATED** this 26th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court