# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE BRASS,

    *Petitioner*,

vs.

BRIAN WILLIAMS, SR., *et al.,*

    *Respondents*.

2:13-cv-02020-GMN-VCF

ORDER

Following upon the Court's prior order (ECF No. 59) in this habeas matter,

IT IS ORDERED that Mark D. Eibert, Esq., P.O. Box 1126, Half Moon Bay, CA 94019, 650-712-8380, is appointed as limited-purpose advisory counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B).

IT FURTHER IS ORDERED that, as promptly as possible, given the sixty (60) day reporting deadline herein, advisory counsel shall confer with appointed counsel as to the nature of the past communication issues between counsel and petitioner, examine any record and other materials pertinent to such issues, and consult with petitioner in proper person about the representation and the case.

IT FURTHER IS ORDERED that, within sixty (60) days of entry of this order, counsel shall file either: (a) through appointed counsel, any additional requests for relief to be sought, if any, as of that time; or (b) a joint statement by appointed counsel and advisory counsel that, following the consultation, nothing further is to be presented to the Court at that time.

IT FURTHER IS ORDERED that the appointment of advisory counsel thereafter will be continued and/or resumed subsequently only by express order of the Court.

The Court is holding action in the interim on the pending motion (ECF No. 43) to stay and motion (ECF No. 47) to dismiss, subject to the caveat in the prior order (ECF No. 59).

The Clerk shall regenerate notices of electronic filing to Mr. Eibert as to all prior filings herein.

The Clerk further shall SEND electronic notice of this order to the CJA Coordinator and a hard copy of this order to petitioner in proper person at his institutional address and shall note said transmittal to petitioner either in the docket entry for this order or an associated docket entry, as per the Clerk's customary practice for such entries.

DATED: October 17, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court