UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GEORGE BRASS, | Case No. 2:13-cv-02020-GMN-VCF |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Good cause appearing, respondents' motion for an extension of time (ECF No. 69) is GRANTED. Respondents shall have up to and including February 2, 2018, within which to file a motion to dismiss the first amended petition.

IT IS SO ORDERED.

DATED THIS ___5___ day of ___December___, 2017.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1