UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE BRASS,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for an extension of time (ECF No. 74) is GRANTED. Petitioner shall have up to and including March 30, 2018, within which to file a response to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS __13__ day of __February__, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1