UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE BRASS,<br><br>　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>ORDER |

Good cause appearing, petitioner's second unopposed motion for an extension of time (ECF No. 76) is GRANTED. Petitioner shall have up to and including April 3, 2018, within which to file a response to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS  30  day of   March   , 2018.

---
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1