UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE BRASS,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 79) is GRANTED. Respondents shall have up to and including April 16, 2018, within which to file a reply to petitioner's response to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS  10  day of   April  , 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1