UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE BRASS,<br><br>　　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>ORDER |

Upon review of the record, it appears that a page may be missing from Exhibit 93, the trial court's findings of fact and conclusions of law on petitioner's first state habeas petition, dated July 30, 2012. (ECF No. 39-1). Specifically, based on the numbers at the bottom center of the pages, it appears that the document could be missing a page 20. (*See id.* at 19-20). Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondents shall file either a supplemental exhibit consisting of a complete copy of the trial court's July 30, 2012, order or a notice indicating that the trial court's order never contained a page 20.

IT IS SO ORDERED.

DATED THIS  23  day of    May    , 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE