UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE BRASS,<br><br>                  Petitioner,<br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                  Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>ORDER |

Respondents' unopposed motion for extension of time (ECF No. 85) is GRANTED. Respondents shall have to and including August 9, 2018, within which to file an answer to petitioner's amended petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED THIS __30__ day of ____June____, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1