UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE BRASS,<br><br>　　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:13-cv-02020-GMN-VCF<br><br>ORDER |

Respondents' second unopposed motion for enlargement of time (ECF No. 87) is GRANTED. Respondents shall have to and including August 23, 2018, within which to file an answer to petitioner's amended petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED THIS  12  day of   August  , 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1