1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                                * * *

10   GEORGE BRASS,                      | Case No. 2:13-cv-02020-GMN-VCF

11                          Petitioner, |
         v.                             | ORDER
12
     BRIAN WILLIAMS, et al.,            |
13
                          Respondents.  |
14

15        Petitioner's unopposed motion for extension of time (ECF No. 90) is GRANTED.

16   Petitioner shall have to and including October 26, 2018, within which to file a reply to respondents'

17   answer to petitioner's amended petition for writ of habeas corpus.

18        IT IS SO ORDERED.

19
          DATED THIS __13__ day of __September__, 2018.
20

21                                      _____
                                        GLORIA M. NAVARRO
22                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                         1