UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GEORGE BRASS, | Case No. 2:13-cv-02020-GMN-VCF |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner has filed a letter with the Court seeking a ten-day extension of time to file his reply and appointment of new counsel. (ECF Nos. 93 & 94). Petitioner's counsel has responded, indicating that he believes petitioner's dissatisfaction with counsel stems from an apparent misunderstanding. (ECF No. 95). Counsel indicates that a ten-day extension of time is appropriate so that he and petitioner can meet and attempt to resolve the misunderstanding; counsel further indicates that respondents have no opposition to an extension of time. (*Id.*)

Good cause appearing, petitioner's motion for an extension of time to file his reply (ECF No. 94) is GRANTED. Petitioner shall have to and including November 5, 2018, to file his reply to respondents' answer to his 28 U.S.C. § 2254 petition in this case.

It is further ordered that, on or before November 5, 2018, petitioner shall advise the Court whether he continues to seek appointment of new counsel or whether the motion for appointment of new counsel should be withdrawn.

The Clerk of Court shall serve a copy of this order on the petitioner at his last institutional address of record.

IT IS SO ORDERED.

DATED THIS  25  day of  October , 2018.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1